**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ryan Lamar DIXON, a/k/a Big**
**Gee, Defendant–Appellant.**

No. 15–7444.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Ryan Lamar Dixon, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Lamar Dixon appeals the district court's order denying Dixon's motion to reconsider the court's prior order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dixon*, No. 3:11–cr–00686–CMC–1 (D.S.C. Aug. 27, 2015); *see also United States v. Goodwyn*, 596 F.3d 233, 235–36 (4th Cir.2010) (district court is without authority to reconsider ruling on a § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*